IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.                                                    ) | CASE NO. 2:09-cr-182-MEF |
| ) | |
| EDDIE BOWMAN                              ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The defendant's Objection to the Report and Recommendation of the Magistrate Judge (Doc. #22) filed on February 19, 2010 is overruled;

2.  The Recommendation of the United States Magistrate Judge (Doc. #21) entered on February 5, 2010 is adopted;

3.  The defendant's motion to suppress (Doc. #12) is DENIED.

DONE this the 4th day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE